STATE of Missouri, Respondent,

v.

Angel A. HERRERA, Appellant.

No. WD 53362.

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

James F. Speck, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before ELLIS, P.J, and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Angel Herrera appeals from his conviction for sale of a controlled substance in violation of § 195.211 RSMo 1994.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Willie A. MACK, Appellant.

No. WD 53384.

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

James C. Cox, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Willie A. Mack appeals the circuit court's judgment convicting him of voluntary manslaughter and armed criminal action. We affirm. Rule 30.25(b).